# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA SANDOVAL, and individual, Plaintiff, v. ENGAGE EMPLOYER, INC., an unknown business entity; S2 HR SOLUTIONS 1D, LLC dba ENGAGE PEO, an unknown business entity; and DOES 1 through 25, inclusive, Defendants. | Case No.: 26-cv-03827-DMS-GC<br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY PROCEEDINGS**<br>**[ECF No. 7]** |

Having reviewed the parties' Joint Stipulation to Submit Plaintiff's Claims to Arbitration and Stay Proceedings, (ECF No. 7), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

(1) The above-captioned case ("Action") is hereby stayed, and all deadlines and conferences set are vacated;

(2) All Plaintiff's claims against Defendants that are or could have been alleged in the Action shall be submitted to binding arbitration in accordance with the Arbitration Agreement Plaintiff executed on August 16, 2021, (*see* ECF No. 7-1);

(3) The arbitration proceeding shall fully comply with the requirements of *Armendariz v. Foundation Health Psychcare Services, Inc.*, 24 Cal. 4th 83 (2000), in that the arbitration shall: (a) provide a neutral arbitrator; (b) allow sufficient discovery; (c) provide all types of relief available to Plaintiff that otherwise would be available in court; and (d) provide a written arbitration award given by the arbitrator. Defendants shall pay all arbitrator's fees and all costs unique to arbitration pursuant to *Armendariz*, 24 Cal. 4th at 102, 118 and *Fitz v. NCR Corp.*, 118 Cal. App. 4th 702, 712–13 (2004);

(4) The parties shall select the Honorable Eddie C. Sturgeon (Ret.) as the presiding arbitrator over this action. In the event Judge Sturgeon is unavailable, the parties will cooperate in good faith to reach an agreement as to the selection of a neutral arbitrator who is also a retired judge with employment law experience. If the parties are unable to mutually agree on another arbitrator, the parties agree to proceed using the rank and strike procedures of a mutually agreeable arbitration services provider;

(5) This Court shall retain jurisdiction to enforce the Stipulation and Order Submitting the Action to Binding Arbitration and any subsequent Arbitration Award in accordance with 9 U.S.C. § 9;

(6) Nothing in this Joint Stipulation shall operate as a waiver of any rights that either Plaintiff or Defendants may have in this action, including any and all objections, denials or defenses that Defendants have as to the allegations in the Complaint; and

(7) The parties are ordered to file with this Court a joint status report within 48 hours of the resolution of the arbitration proceedings.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Hon. Dana M. Sabraw
United States District Judge